UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YISACHER FELDBERG, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

                                                        JUDGMENT

                   Plaintiff,                        21-cv-06130-ENV-VMS
   v.

LACY KATZEN, LLP, PROVEST LLC,

                  Defendants.
----------------------------------------------------------------X

      An Order of the Honorable Eric N. Vitaliano, United States District Judge having been filed on March 7, 2022, granting Plaintiff's own letter-motion to dismiss; dismissing this case without prejudice; and denying Defendant Provest's motions for a pre-motion conference and to stay discovery as moot; it is

      ORDERED and ADJUDGED that Plaintiff's own letter-motion to dismiss is granted; that the case is dismissed without prejudice; and that Defendant Provest's motions for a pre-motion conference and to stay discovery are denied as moot.

Dated: Brooklyn, New York                                   Brenna B. Mahoney
       March 10, 2022                                         Clerk of Court

                                                  By:    */s/Jalitza Poveda*
                                                              Deputy Clerk